**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| IN RE: | CASE NO. 15-11269 |
|---|---|
| DAVID BROWN GEAR SYSTEMS USA INC. | |
| | CHAPTER 7 |
| Debtor(s) | |

**REPORT FOR BANKRUPTCY JUDGES IN CASES TO BE CLOSED**

A.

| | |
|---|---|
| $425,540.58 | TOTAL GROSS RECEIPTS |
| $425,540.58 | TOTAL DISBURSEMENTS |
| $0.00 | NET BALANCE FOR DISTRIBUTION |

B. FEES AND EXPENSES

| | |
|---|---|
| $24,527.03 | Trustee Compensation |
| $1,022.55 | Trustee Expenses |
| $275.94 | Bond Payments |
| $14,820.91 | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) |
| $1,050.00 | Clerk of the Court Costs (includes adversary and other filing fees) |
| $78,970.50 | Attorney for Trustee Fees (Trustee Firm) |
| $1,895.05 | Attorney for Trustee Expenses (Trustee Firm) |
| $12,365.00 | Accountant for Trustee Expenses (Other Firm) |
| $66.30 | Accountant for Trustee Expenses (Other Firm) |

C. DISTRIBUTIONS

| | |
|---|---|
| $0.00 | Secured Creditors |
| $4,106.72 | Priority Creditors |
| $286,440.58 | Unsecured Creditors |
| $0.00 | Equity Security Holders |
| $0.00 | Payments to Debtors |

TOTAL DISBURSEMENTS (Sum of B & C):            425,540.58

If applicable, list portion of this total distributed by Trustee in Chapter other than Chapter 7 (DO NOT include payments to debtor):
$    0.00

D.  CLAIMS ALLOWED

List amount allowed to each class of creditors (whether paid in full or not). However, if the class receives nothing, enter "0" on the line.

|  |  |
|---:|---|
| $0.00 | Secured Creditors |
| $4,106.72 | Priority Creditors |
| $7,608,410.00 | Unsecured Creditors |

I certify under penalty of perjury that the information provided on this form is true and correct to the best of my knowledge, information, and belief.

Date:  July 6, 2020

            /s/ *David W. Carickhoff*
            David Carickhoff, Trustee